**Fill in this information to identify your case:**

Debtor 1: David M Simon (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): Lisa D Goodman (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 26-10625-jpm

❑ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

☑ Married
❑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| Number Street<br>City State ZIP Code | From ____<br>To ____ | ❑ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ❑ Same as Debtor 1<br>From ____<br>To ____ |
| Number Street<br>City State ZIP Code | From ____<br>To ____ | ❑ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ❑ Same as Debtor 1<br>From ____<br>To ____ |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

- ☐ No
- ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 54,350.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |
| **For last calendar year:** (January 1 to December 31, 2025) YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ TBD | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |
| **For the calendar year before that:** (January 1 to December 31, 2024) YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

- ☑ No
- ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, ____) YYYY | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, ____) YYYY | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| American Express (Creditor's Name)<br>P.O. Box 981540 (Number Street)<br>El Paso TX 79998 (City State ZIP Code) | 12/2025<br>03/2026<br>(ePayments) | $ TBD | $ TBD | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other ____ |
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other ____ |
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other ____ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Lisa D Goodman (spouse / Debtor 2)<br>Insider's Name<br>130 West 30th Street, Apt 16A<br>Number Street<br>New York NY 10001<br>City State ZIP Code | Various<br>3/25 - 3/26 | $TBD | $0.00 | Household / living support (transfers to spouse) |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Cass Gilbert Board of Managers v. Simon & Goodman<br>Case number: 850614/2023 | Condominium common-charge foreclosure / default judgment; contested - motion to vacate (improper service alleged) | Court Name: Supreme Court of the State of New York<br>Number Street: 60 Centre Street<br>City: New York State: NY ZIP Code: 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: Ohio Dept. of Taxation / Reliant Capital Solutions<br>Case number: TBD | Tax collection (disputed) | Court Name: Ohio Department of Taxation<br>Number Street: (administrative collection)<br>City: Columbus State: OH ZIP Code: | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name: NYC Dept. of Finance / NYC Marshal Alejandro Finardo, #55<br>Number Street: 47-26 104th Street<br>City: Corona State: NY ZIP Code: 11368 | 2011 BMW 535i, VIN WBAFR7C55BC804907; seized by Marshal; sold at auction June 5, 2026 - POST-PETITION (notice dated 6/11/2026); debtors assert stay-violation claim (11 U.S.C. 362(k), 542)<br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized, or levied. | 06/05/2026 | $ 12,500.00 |
| Creditor's Name: Cass Gilbert Board of Managers<br>Number Street: 130 West 30th Street<br>City: New York State: NY ZIP Code: 10001 | Residential condominium, Apt 16A, 130 West 30th Street - common-charge foreclosure / default judgment, contested (motion to vacate); stayed by this bankruptcy filing<br>**Explain what happened**<br>☐ Property was repossessed.<br>☑ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | 12/20/2023 | $ 2,500,000.00 |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name<br>Number Street<br>City State ZIP Code | | | $ |

Last 4 digits of account number: XXXX–___ ___ ___ ___

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>Number Street<br>City State ZIP Code<br>Person's relationship to you ______ | | | $<br>$ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>Number Street<br>City State ZIP Code<br>Person's relationship to you ______ | | | $<br>$ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | $ |
| | | | $ |
| Number Street | | | |
| City State ZIP Code | | | |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Michael Wainstein, Esq.<br>Person Who Was Paid<br>417 Fifth Avenue<br>Number Street<br><br>New York NY 10016<br>City State ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | Nominal retainer ($1.00) for bankruptcy representation; payment date approximate | 6/21/26 | $ 1.00 |
| | | | $ |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number Street | | | $ |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number Street | | | $ |
| City State ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Feuerstein Kulick LLP<br>Person Who Received Transfer<br>420 Lexington Avenue, Suite 2024<br>Number Street<br>New York NY 10170<br>City State ZIP Code<br>Person's relationship to you None (unrelated law firm) | $26,000 wire transfer on 1/9/2026 (sent via Valley Bank account) | Legal services re: cannabis-license application matter (firm retained by co-applicant) | 1/9/2026 |
| Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust ______ | | ______ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☑ **No**
☐ **Yes. Fill in the details.**

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ **No**
☐ **Yes. Fill in the details.**

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1 David M Simon (First Name / Middle Name / Last Name) Case number (if known) 26-10625-jpm

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Storage unit SU-11 (owned unit)<br>Name of Storage Facility<br>130 West 30th Street<br>Number Street<br>New York NY 10001<br>City State ZIP Code | None known (to be confirmed)<br>Name<br>Number Street<br>City State ZIP Code | Household / personal property (contents TBD); unit is subject of Citibank / MetLife referee proceeding | ☐ No<br>☑ Yes |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br>Number Street<br>City State ZIP Code | Number Street<br>City State ZIP Code | | $ |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br>Number Street<br>City State ZIP Code | Governmental unit<br>Number Street<br>City State ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes. Fill in the details.**

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br>Number Street<br>City State ZIP Code | Governmental unit<br>Number Street<br>City State ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ **No**
☐ **Yes. Fill in the details.**

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title<br>Case number | Court Name<br>Number Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**
☐ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**
☐ **A partner in a partnership**
☐ **An officer, director, or managing executive of a corporation**
☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**
☑ **Yes. Check all that apply above and fill in the details below for each business.**

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| David Simon (self-employed)<br>Business Name<br>130 West 30th Street, Apt 16A<br>Number Street<br>New York NY 10001<br>City State ZIP Code | Software / IT consulting (sole proprietorship; primary client: New Amsterdam Dog Walkers LLC) | EIN: None – |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | None | From ~2021/22 To Present |
| Cannabis license application<br>Business Name<br>N/A - no entity formed<br>Number Street<br>City State ZIP Code | **Describe the nature of the business**<br>Minority interest in a pending NYS OCM cannabis-license application; co-applicant holds the remainder. No license has been issued, no entity formed, and there are no operations, revenues or assets. | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br>EIN: None – |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | None | From TBD To Present |

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Fyle Financial Inc.<br>Business Name<br>130 West 30th Street, Apt 16A<br>Number Street<br><br>New York NY 10001<br>City State ZIP Code | Internet / financial-technology startup. Operations ceased after the pay period ended January 31, 2020, which was the last payroll run for the company through Gusto. | EIN: 83-2794635 |
| | Name of accountant or bookkeeper | Dates business existed |
| | None | From TBD To 01/2020 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**

☐ **Yes. Fill in the details below.**

| | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number Street | |
| City State ZIP Code | |

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✘ /s/ David M Simon
**Signature of Debtor 1**

**Date** 08/17/2026

✘ /s/ Lisa D Goodman
**Signature of Debtor 2**

**Date** 08/17/2026

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No

☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person____________________. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

## CONTINUATION SHEET / ATTACHMENT TO OFFICIAL FORM 107 — STATEMENT OF FINANCIAL AFFAIRS

### General note

Entries marked "TBD" are being verified from source records (bank and credit-card statements and court dockets) and will be supplied or refined by amendment under Fed. R. Bankr. P. 1009. This attachment is part of the debtors' answers to Official Form 107.

### Part 4, Question 9 — Additional legal actions (continued from page 5; actions 3, 4 and 5 of 5)

**3. Metropolitan Life Insurance Company v. David M. Simon, Lisa D. Goodman, Citibank, N.A., et al. — Index No. 850382/2023.** Nature of the case: residential mortgage foreclosure, including referee proceedings concerning amounts due and the sale of the mortgaged premises (Unit 16A and storage unit SU-11, 130 West 30th Street, New York, NY 10001). Court: Supreme Court of the State of New York, County of New York (Hon. Francis A. Kahn III, A.J.S.C.), 60 Centre Street, New York, NY 10007. Status: pending; stayed by this bankruptcy case.

**4. NYC Department of Finance / NYC Marshal Alejandro Finardo (#55) — Marshal Docket #99096.** Nature of the case: judgment enforcement (levy against debtors' 2011 BMW 535i, VIN WBAFR7C55BC804907). Court or agency: New York City Marshal / NYC Department of Finance (administrative enforcement). Status: enforcement executed; the vehicle was sold at auction on June 5, 2026, after the petition date (notice dated June 11, 2026). The debtors dispute the post-petition sale as a violation of the automatic stay and assert related claims (11 U.S.C. §§ 362(k), 542). See also the answer to Question 10.

**5. Lisa Goodman v. David Simon — Index No. 365470/2024.** Nature of the case: action for divorce (matrimonial). Court: Supreme Court of the State of New York, County of New York, 60 Centre Street, New York, NY 10007. Status: pending. The debtors remain married; no judgment of divorce has been entered, and the answer to Question 1 is stated accordingly.

### Part 2, Question 4 — Gross income (Debtor 1, self-employment/consulting)

**2026 year-to-date:** approximately $54,350 in gross client receipts (Jan ≈ $32,500; Feb ≈ $17,150; Mar ≈ $4,700, per JPMorgan Chase deposits), subject to verification against final figures. **2025:** partial-year income only — income resumed in 2025 after a period of little to no income following the failure of Debtor 1's prior company, Fyle Financial Inc., whose last payroll run through Gusto covered the pay period January 16 – January 31, 2020; the gross figure is being compiled from Chase records and will be supplied by amendment. **2024:** no meaningful income ($0 / de minimis).

Debtor 1's consulting income is irregular and project-based rather than continuous salaried employment; there were months within these periods in which no receipts were collected.

### Part 5, Question 15 — Losses (disclosure)

Question 15 is answered "No" because the debtors' significant property loss occurred outside the question's one-year lookback: on or about **September 12, 2022**, the residence (Apt 16A) suffered its second flood. It is disclosed here for completeness. The damage remains unremediated as of the petition date: the entire apartment floor requires replacement, the building's closed-loop plumbing system requires repair, and five of the six HVAC units are dead, and the work will require a complete pack-out of the apartment and temporary housing. Repair and construction are estimated at approximately $160,000–$180,000; total damages including statutory components are estimated at approximately $240,000–$270,000. The estimate is grounded in direct experience: the first flood, which involved only two HVAC units, cost $168,000 to repair. USAA paid $0.00 on the insured loss. The related claims against the Board of Managers and its agents are disclosed at Schedule A/B, line 33, and the ongoing consequences of the unremediated damage appear at Schedule J (elevated electric expense, line 24 explanation).

### Part 3, Question 6 — Payments to creditors within 90 days

**American Express:** the debtors confirm that aggregate ePayments to American Express during the 90-day period (approx. December 24, 2025 – March 24, 2026) exceeded the reporting threshold. The exact total is pending receipt of American Express statements and will be supplied by amendment.

### Part 3, Question 7 — Payments to insiders

The total of transfers to Lisa D Goodman during the one-year period is being confirmed from bank records.

### Part 11, Question 27 — Fyle Financial Inc.

Fyle Financial Inc. is disclosed for completeness. The company's operations ceased after the pay period ended January 31, 2020, which was its last payroll run through Gusto. The date of formal dissolution, if any, is being confirmed and will be supplied by amendment.

### Part 11, Question 27 — Cannabis-license application

The interest disclosed at Question 27 is an interest in a **pending application** to the New York State Office of Cannabis Management. No license has been issued, no entity has been formed, and there are no operations, employees, revenues, inventory or assets. The debtors' proposed plan is funded by the sale of real property and not by this interest or by any proceeds derived from it.

### Access to account records

For several years before this case the debtors received their bank and credit-card statements electronically only (“paperless”). Following default and the commencement of collection activity, the debtors' online access to those accounts was restricted or terminated by the institutions, and the debtors are unable to log in and download historical statements. Account statements have been requested directly from the institutions, including JPMorgan Chase and American Express. The entries above marked “TBD” — the 90-day payment total to American Express (Question 6), the total of transfers to Debtor 2 (Question 7), and 2025 gross income (Question 4) — depend on those records and will be supplied by amendment under Fed. R. Bankr. P. 1009 when the statements are received. The same access restriction is the reason certain account numbers could not be listed on the debtors' schedules.