**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | |
|---|---|
| In Re:<br><br>David Michael Simon<br>Lisa Danielle Goodman<br>Debtor(s) | Chapter 13<br><br>Case Number: 26-10625-jpm |

**WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

Citibank, N.A. (hereinafter "Movant") by its undersigned counsel, hereby withdraws the Motion for Relief from Stay filed on August 4, 2026 without prejudice, as the **Debtor brought the account current.**

Date: September 24, 2026

Respectfully Submitted,

*/s/ Steven K. Eisenberg*
Steven K. Eisenberg FBN: 5812821
Stern & Eisenberg, PC
20 Commerce Drive
Suite 230
Cranford, NJ 07016
Phone: (516) 630-0288
Fax: (732) 726-8719
seisenberg@sterneisenberg.com
Attorney for Creditor

**File No.: NY202300000395**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal of Motion for Relief from Automatic Stay was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: September 24, 2026

Michael Wainstein
417 Fifth Avenue
New York, NY 10016
mw@privatecg.com
**Counsel for Debtor**

Thomas C. Frost
399 Knollwood Road, Suite 102
White Plains, NY 10603
info@ch13tf.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
USTPRegion02.NYECF@USDOJ.GOV
**US Trustee**

and by standard first-class mail postage prepaid to:

David Michael Simon
130 West 30th Street, 16A
New York, NY 10001

Lisa Danielle Goodman
130 West 30th Street, 16A
New York, NY 10001
**Debtor(s)**

By:

/s/ Steven K. Eisenberg
Steven K. Eisenberg, Bar No: 5812821
Stern & Eisenberg, PC
20 Commerce Drive
Suite 230
Cranford, NJ 07016
seisenberg@sterneisenberg.com
Phone: 215-572-8111
Fax: (732) 726-8719
Counsel for Movant

**File No.: NY202300000395**