Jonathan L. Flaxer
Michael S. Weinstein
SPENCER FANE LLP
711 Third Avenue
New York, New York 10017
(212) 907-7300

*Counsel to 130 West 30th Street Condominium*

**<u>Presentment Date</u>:**
**October 14, 2026 at 12:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DAVID MICHAEL SIMON &<br>LISA DANIELLE GOODMAN,<br><br>Debtors. | Chapter 13<br><br>Case No. 26-10625 (JPM) |

**STATEMENT OF 130 WEST 30TH STREET CONDOMINIUM WITH RESPECT TO DEBTORS' MOTION TO EMPLOY BROKER**

130 West 30th Street Condominium (the "**Condominium**"), by its Board of Managers (the "**Board**"), and by and through its undersigned counsel, Spencer Fane LLP, hereby (i) makes this statement with respect to this captioned Debtors' Application (the "**Application**") to employ Sotheby's International Realty, Inc. ("**Sotheby's**") as real estate broker (Docket #60).

**STATEMENT**

The Condominium does not oppose the Application, and looks forward to an expeditious sale process. No declaration of disinterested has yet been filed, however. Hopefully, it will be filed prior to the October 14, 2026 presentment date, and will comply with the applicable requirements of the Bankruptcy Code, Rules, and Local Rules of this Court. If it is not, then it would seem that the proposed order cannot be entered until a proper declaration of disinterestedness has been filed.

Dated: New York, New York
October 9, 2026

SPENCER FANE LLP
711 Third Avenue, 17th Floor
New York, New York 10017
(212) 907-7300

By: /s/ Jonathan L. Flaxer
Jonathan L. Flaxer

Counsel to 130 West 30th Street Condominium